# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| vs. | ) | Docket Number: CR 05-0283-16 JSW |
| SEGUNDO BENDO TIONGCO, Jr. | ) | |

**ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE**

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for _____March 2, 2006,_____ be continued until _____May 4, 2006,_____ at _____2:30 p.m._____ .

Date: FEB 2 4 2006

_/s/ Jeffrey S. White_
The Honorable Jeffrey S. White
United States District Judge

NDC-PSR-009 12/06/04